STATE OF CONNECTICUT *v.* GARY D. GIBSON

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 295 (AC 28273), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided June 30, 2009